# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144404

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARCO P. VITALE,
       Plaintiff-Appellee,

v

UE&C CATALYTIC, INC. and LIBERTY
MUTUAL INSURANCE COMPANY,
       Defendants-Appellants.

SC: 144404
COA: 303651
WCAC: 10-000111

_____/

On order of the Court, the application for leave to appeal the December 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

t0416